IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY ROMICH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SEARS HOLDING CORP. et al., | : | No. 12-5383 |
| Defendants. | : | |

# O R D E R

AND NOW, this 4th day of November, 2013, upon consideration of the Defendants' Motions for Summary Judgment (Docket Nos. 17 & 18), Ms. Romich's Responses thereto (Docket Nos. 20 & 21), the Reply of Kmart Corporation et al. (Docket No. 24), and oral argument held on October 31, 2013, **IT IS HEREBY ORDERED that**

1. the Motions (Docket Nos. 17 & 18) are **GRANTED**; and

2. the Clerk of Court shall **MARK THIS CASE CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge